**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN BRUCE REED, § | |
| *Petitioner,* § | |
| § | |
| V. § | |
| § | No. 3:99-CV-0207-R |
| JANIE COCKRELL, Director, § | |
| Texas Department of Criminal Justice § | |
| Institutional Division, § | |
| *Respondent.* § | |

# ORDER DENYING MOTION
# FOR HEARING REGARDING DISQUALIFICATION

Petitioner has filed a motion for hearing regarding disqualification pursuant to 28 U.S.C. § 445. However, such motion has been rendered moot by the action of United States Magistrate Judge Paul D. Stickney in recusing himself, and by the order of this Court vacating the prior order of referral. Therefore, no hearing is necessary on this motion which should now be denied as moot.

It is, therefore, ORDERED that petitioner's motion for hearing regarding disqualification pursuant to 28 U.S.C. § 445 filed on March 20, 2003 be, and it is hereby, DENIED.

Signed this _1_ day of April, 2003.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS