IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN BRUCE REED, § | |
|         Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:99-SC-0207-R |
| NATHANIEL QUARTERMAN, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
|         Respondent. § | |

**RESPONDENT QUARTERMAN'S ADVISORY TO THE COURT**

This is a federal habeas corpus proceeding in which Petitioner Jonathan Bruce Reed succeeded in obtaining relief from his death sentence pursuant to 28 U.S.C. § 2254. *Reed v. Quarterman*, 555 F.3d 364 (5th Cir. Jan. 12, 2009) (No. 05-70046). On March 4, 2009, this Court conditionally granted a writ of habeas corpus and directed the State to commute Reed's sentence to life imprisonment or retry him within 120 days.

On March 24, 2009, Brad Lollar was appointed to represent Reed for his retrial; on June 12th, Doug Parks was appointed as co-counsel. *See* Exhibit A (Affidavit of Assistant District Attorney Andy Beach). Bond was denied after a hearing on June 12th. *Id.* Jury selection is currently set to start September 13, 2010, with the trial set for November 9, 2010. *Id.* Thus, Respondent Nathaniel Quarterman respectfully advises the Court that retrial proceedings have

commenced pursuant to the Court's order conditionally granting habeas corpus relief.

                                  Respectfully submitted,

                                  GREG ABBOTT
                                  Attorney General of Texas

                                  ANDREW WEBER
                                  First Assistant Attorney General

                                  ERIC J.R. NICHOLS
                                  Deputy Attorney General
                                  for Criminal Justice

                                  EDWARD L. MARSHALL
                                  Chief, Postconviction Litigation Division

                                   s/  Tina Miranda
                                  *TINA MIRANDA
                                  Assistant Attorney General
                                  Postconviction Litigation Division
                                  Texas Bar No. 24026139

*Counsel of Record

                                  P. O. Box 12548, Capitol Station
                                  Austin, Texas  78711-2548
                                  Tel:  (512) 936-1400
                                  Fax: (512) 320-8132
                                  Email:fredericka.sargent@oag.state.tx.us

                                  ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, July 1, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Merdith Rountree
Owen & Rountree
P O Box 40428
Austin, Texas 78704

                                       s/  Tina Miranda
                                       TINA MIRANDA
                                       Assistant Attorney General
                                       Postconviction Litigation Division